936

No. 308, Misc. SMITH ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Earl Badgett* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 315, Misc. RIVERA v. UNITED STATES; and

No. 316, Misc. GUERRA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner in No. 315, Misc. *Jerome J. Londin* for petitioner in No. 316, Misc. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. Reported below: 334 F. 2d 138.

No. 404, Misc. VANHOOK v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 407, Misc. WOODS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 414, Misc. INDELICATO, ALIAS RED v. WARDEN, GREENHAVEN PRISON. C. A. 2d Cir. Certiorari denied. *Peter L. F. Sabbatino* for petitioner. *Frank S. Hogan* and *Harold Roland Shapiro* for respondent.

No. 416, Misc. CONDON v. NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 417, Misc. DUREN v. OHIO. Court of Appeals of Ohio, Cuyahoga County. Certiorari denied. *James R. Willis* for petitioner. *John T. Corrigan* for respondent.

No. 418, Misc. THOMAS v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.